IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MASONRY INDUSTRY TRUST ADMINISTRATION, INC., an Oregon corporation, | ) ) ) ) |
| Plaintiff, | ) No. CV-09-1384-HU ) ) |
| v. | ) ) |
| RECOR SERVICES, INC., an Oregon corporation; INDUSTRA SERVICE CORP., an Oregon corporation; and JERRY NOTHMAN, an individual, | ) ) ORDER ) ) ) ) |
| Defendants. | ) ) |

Plaintiff Masonry Industry Trust Administration, Inc., brought this case against defendants Record Services, Inc., Industra Service Corporation, and Jerry Nothman, seeking unpaid union trust fund and union-related contributions. After dismissing Nothman without prejudice, plaintiff was awarded Judgment on its claims in the amount of $58,824.22, plus $4,947.82 in liquidated damages, and interest. The Judgment also awarded attorney's fees and costs, to be submitted in accordance with Federal Rule of Civil Procedure 54

1 - ORDER

and Local Rule 54. Judgment was entered on December 7, 2010.

Plaintiff now seeks $2,986.50 in attorney's fees, and $435 in costs. Based on the supporting materials filed by plaintiff, I concluded the 18.1 hours expended were reasonable, and the $165 hourly rate is reasonable. The costs include $350 for the filing fee, and $85 for service of process. These are also reasonable.

## CONCLUSION

Plaintiff's motion for attorney's fees and costs [#42] is granted. Plaintiff is awarded $2,986.50 in fees, and $435 in costs.

IT IS SO ORDERED.

Dated this <u>1st</u> day of <u>February</u>, 2011.


/s/ Ancer L. Haggerty

_____
Ancer Haggerty
United States District Judge

2 - ORDER